STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
    United States Courthouse
    312 North Spring St., 14th Floor
    Los Angeles, California 90012
    Telephone: (213) 894-5710
    Facsimile: (213) 894-7177
    E-Mail: Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>$28,553.00 IN U.S. CURRENCY, $2,778.46 IN BANK FUNDS, AND ONE 2010 PORSCHE PANAMERA,<br><br>        Defendants.<br><br>GREGORY TOUSSIENG,<br><br>        Claimant. | No.: SACV 14-00021-JVS(ANx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

This civil forfeiture action was commenced on January 6, 2014. Claimant Gregory Toussieng ("Claimant") filed a claim on January 29, 2014. No other claims or answers were filed and the

1  time for filing claims and answers has expired.  Plaintiff and
2  Claimant have made a stipulated request for the entry of this
3  consent judgment of forfeiture resolving all claims concerning
4  the defendants $28,553.00 in U.S. currency (Asset ID No. 13-FBI-
5  006296), $2,778.46 in Bank Funds (Asset ID No. 13-FBI-006297),
6  and One 2010 Porsche Panamera (Asset ID No. 13-FBI-006295)
7  ("defendant assets").
8       The Court has been duly advised of and has considered the
9  matter.  Based upon the mutual consent of the parties hereto,
10 and good cause appearing therefor, the Court hereby **ORDERS,**
11 **ADJUDGES AND DECREES** that:
12      1.   The United States of America shall have judgment as to
13 $28,553.00 in U.S. currency and $2,778.46 in Bank Funds, plus
14 all interest earned by the government on the full amount of the
15 defendant currency since seizure, and no other person or entity
16 shall have any right, title or interest therein.
17      2.   Within 60 days of the entry of the judgment lodged
18 concurrently with this stipulation, Claimant agrees to pay a
19 total of $40,000 as an amount in lieu of forfeiture of the
20 defendant vehicle.  Such payment shall be made by cashier's
21 check or money order payable to U.S. Marshals Service and sent
22 to: U.S. Marshals Service, Attn:  Glenda Walker, Property
23 Manager, 300 North Los Angeles Street, Suite 2001, Los Angeles,
24 CA 90012.  The cashier's check or money order should include the
25 Asset ID No.  13-FBI-006295.  If Claimant fails to make the
26 payment as and when required by this paragraph, he shall be
27 deemed to have waived all of his right, title, claims and
28 interest in and to the defendant vehicle and consents to the

administrative forfeiture of the defendant vehicle without further notice. Upon completion of the payment specified above, the U.S. Marshals Service shall return the defendant vehicle to Claimant.

3. The Court finds that there was reasonable cause for the seizure of the defendant assets and the institution of this action. This consent judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465. Each of the parties shall bear its own fees and costs in connection with the seizure, retention and return of the defendant assets.

DATED: September 18, 2014

_____
THE HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

STEPHANIE YONEKURA
Acting United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


    /s/Frank D. Kortum
_____
FRANK D. KORTUM
Assistant United States Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

3